**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:                                   ) | Case No. 1:13-bk-12843 (SCC) |
|                                             ) | Chapter 7 |
| ANTONY LUIS MONTERO,     ) |  |
|                                             ) |  |
|     Debtor                            ) |  |
|                                             ) |  |

## ORDER DENYING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

Upon the motion to reopen the above-captioned case filed by Mr. Montero [Dkt. No. 16] (the "Motion"); and upon the opposition to the Motion filed by the United States Department of Education (the "Objection"); and upon the reply to the Opposition filed by Mr. Montero (the "Reply"); and the Court having held a hearing on the Motion on October 20, 2020 (the "Hearing"); and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having considered the Motion, the Objection, the Reply, and the arguments of the parties at the Hearing; and the Court having found, for the reasons stated on the record of the Hearing, that Mr. Montero has failed to demonstrate cause to reopen the above-captioned case, it is now hereby

ORDERED, that the Motion is denied.

Dated: October 26, 2020
New York, New York

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE